UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEPHEN C. ELDRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:06-CV-85 |
| ) | (JORDAN/GUYTON) |
| ALLIANZ LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, WALNUT STREET ) | |
| SECURITIES, AND IRA STITZ ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and the Orders of the Honorable Leon Jordan [Docs. 86, 91] for disposition of the following motions: Plaintiff's First Motion to Compel Defendant Allianz Life Insurance Company ("Allianz") [Doc. 51]; Plaintiff's First Motion to Compel Defendants Walnut Street Securities and Ira Stitz (collectively "Walnut Street") [Doc. 52]; Plaintiff's First Motion to Declare as Non-Confidential Materials Produced by Walnut Street [Doc. 60]; Plaintiff's Second Motion to Compel Walnut Street [63]; Plaintiff's Third Motion to Compel Walnut Street [Doc. 64]; Plaintiff's Second Motion to Compel Allianz [Doc. 68]; Plaintiff's Second Motion to Court for Review of Defendants' Claims of Privilege [Doc. 84]; Plaintiff's Motion to Strike Documents 80, 66, and 67 [Doc. 88]; and Plaintiff's Motion to Withdraw Pending Motions, Without Prejudice [Doc. 101].

In accordance with this Court's Order [Doc. 95], entered on March 8, 2007, the parties were instructed to inform the Court on March 22, 2007, by either faxing or calling Chambers,

the status of these pending motions. Krista Dean, attorney for Defendant Allianz, informed Chambers that the parties were not able to come to a general agreement on these motions. Melinda Meador, attorney for Defendant Walnut Street made the same representation to Chambers but also noted that Walnut Street was providing Plaintiff with some of the documents requested. Plaintiff Stephen Eldridge, acting *pro se*, called Chambers and informed that he was withdrawing the majority of his motions, without prejudice. Plaintiff followed up his phone call by faxing Plaintiff's Motion to Withdraw Pending Motions, Without Prejudice. [Doc. 101]. Plaintiff neither represented nor moved for Plaintiff's Second Motion to Court for Review of Defendants' Claims of Privilege [Doc. 84] to be withdrawn.

Plaintiff's Motion to Withdraw Pending Motions, Without Prejudice **[Doc. 101]** is **GRANTED**. Based upon this motion and Plaintiff's Eldridge's representations to the Court, the following motions are **DENIED as moot, without prejudice:**

- Plaintiff's First Motion to Compel Defendant Allianz **[Doc. 51]**;

- Plaintiff's First Motion to Compel Defendants Walnut Street **[Doc. 52]**;

- Plaintiff's First Motion to Declare as Non-Confidential Materials Produced by Walnut Street **[Doc. 60]**;

- Plaintiff's Second Motion to Compel Walnut Street **[Doc. 63]**;

- Plaintiff's Third Motion to Compel Walnut Street **[Doc. 64]**;

- Plaintiff's Second Motion to Compel Allianz **[Doc. 68]**; and

- Plaintiff's Motion to Strike Documents 80, 66, and 67 **[Doc. 88].**

As to Plaintiff's Second Motion to Court for Review of Defendants' Claims of Privilege **[Doc. 84],** it is also **DENIED as moot**, based upon Plaintiff Eldridge and Attorney Meador's representation that Plaintiff is being provided with the documents central to this motion.

    **IT IS SO ORDERED.**

                                **ENTER:**

                                s/ H. Bruce Guyton
                                United States Magistrate Judge